1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:18-cv-00116-MEJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION; [~~PROPOSED~~] ORDER** |
| vs. | |
| CR PIZZA, LLC dba BOOT AND SHOE SERVICE; LO-FI LLC; | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and | |
| 2 | Defendants, CR Pizza, LLC dba Boot and Shoe Service; and Lo-Fi LLC, the parties to this | |
| 3 | action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned | |
| 4 | action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees | |
| 5 | and costs. | |

Dated: July 16, 2018              MISSION LAW FIRM, A.P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Albert Dytch

Dated: July 16, 2018              LELAND, PARACHINI, STEINBERG,
                                  MATZGER & MELNICK, LLP

                                  */s/ Steven H. Bovarnick*
                                  Steven H. Bovarnick
                                  Attorneys for Defendants,
                                  CR Pizza, LLC dba Boot and Shoe; and Lo-Fi LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Albert Dytch

///
///
///
///

# [~~PROPOSED~~] ORDER.

The parties having so stipulated,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: July 16, 2018

_____
United States Magistrate Judge